■ EDWARD MELIA, Respondent, v ZENHIRE, INC., et al., Appellants. (Appeal No. 3.) [17 NYS3d 664]—Appeal from a judgment of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered February 13, 2014. The judgment awarded plaintiff money damages.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the amended decision at Supreme Court. Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.

■ PAUL K. ISAAC et al., Appellants, v MEDICAL LIABILITY MUTUAL INSURANCE COMPANY et al., Respondents. [17 NYS3d 349]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered April 23, 2014. The order granted the motions of defendants to dismiss the second amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.

■ In the Matter of the Estate of DAVID C. PETERS, Deceased. COREEN N. THOMPSON, Administratrix C.T.A., Respondent; JOAN PETERS, Appellant. (Appeal No. 1.) [17 NYS3d 350]—Appeal from an order of the Surrogate's Court, Genesee County (Robert C. Noonan, S.), entered May 5, 2014. The order, among other things, determined that the Arrowhawk Smoke and Gas Shop business is an asset of the estate of David C. Peters.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Peters* ([appeal No. 3] 132 AD3d 1250 [2015]). Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.